IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01989-WYD-MEH

CATALYST REPOSITORY SYSTEMS, INC.,

    Plaintiff,

v.

MODUS, LLC,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Notice of Dismissal With Prejudice (ECF No. 10), filed September 16, 2013.  After carefully reviewing the above-captioned case, I find that this matter should be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A).  Accordingly, it is ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorney fees.  The Clerk of the Court shall close this case.

    Dated:  September 16, 2013

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge